UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-22850-KMW

TONY IBANEZ,

    Plaintiff,

vs.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## JOINT EXHIBIT LIST

| PRESIDING JUDGE: Hon. Kathleen M. Williams | PLAINTIFF'S ATTORNEY: Caroline Miller | DEFENDANT'S ATTORNEY: Leona N. McFarlane |
|---|---|---|
| TRIAL DATE(S): July 5-7, 2023 | COURT REPORTER: Patricia Sanders | COURTROOM DEPUTY: Michael Santorufo |

| Joint No. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1 | | | | | MDFR Policy & Procedure IK9<br>MDC RFP 01984-01993 | Ibanez<br>New<br>Chin<br>Duren |
| 2 | | | | | MDFR Policy & Procedure IK39<br>MDC RFP 02026-02037 | Ibanez<br>Chin<br>Duren<br>New/<br>Washington |
| 3 | | | | | MDFR Policy & Procedure IL41<br>MDC RFP 02090-02115 | Ibanez<br>New<br>Chin<br>Duren |
| 4 | | | | | MDC Procedure No. 413<br>MDC RFP 03620 | Ibanez<br>Chin<br>Duren<br>New/<br>Washington |
| 5 | | | | | MDC Procedure No. 414 | Ibanez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | MDC RFP 03622-03623 | Chin Duren New/ Washington |
| 6 | | | | | | IO 7-45<br>MDC RFP 03583-03593 | Ibanez Chin Duren New/ Washington |
| 7 | | | | | | 2-24-2020 Emails Re: Sit Down<br>MDC RFP 16359 | Ibanez Bolline |
| 8 | | | | | | 3-13-2020 Email Re: Ibanez Request to be Moved<br>MDC RFP 16316/YDL 063 | Ibanez Bolline |
| 9 | | | | | | 3-19-2020 Email Re: Moves<br>MDC RFP 16301 | Ibanez Bolline |
| 10 | | | | | | 6-12-2020 Investigative Findings Memorandum<br>MDC RFP 19073 | Chin |
| 11 | | | | | | 6-17-2020 Email re: Relinquish Bid at Station 26<br>MDC RFP 15984 | Ibanez Bolline |

Date: June 29, 2023

s/ Caroline H. Miller
Caroline H. Miller, Esq.
DEREK SMITH LAW GROUP, PLLC
701 Brickell Ave., Suite 1310
Miami, Florida 33131
Telephone: (305) 946-1884
Facsimile: (305) 503-6741
Email: caroline@dereksmithlaw.com

*Attorneys for Plaintiff Tony Ibanez*

s/ Leona N. McFarlane
Leona N. McFarlane
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5067
Email: Leona.McFarlane@miamidade.gov

*Attorneys for Defendant Miami-Dade County*