UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22850-CV-WILLIAMS

TONY IBANEZ,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial. Given that the jury has rendered its verdict (DE 65), and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Miami-Dade County, Florida and against Plaintiff Tony Ibanez. Plaintiff Tony Ibanez shall take nothing from his claims.

2. All remaining motions, if any, are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 25th day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE