AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| TONY IBANEZ | ) |
| --- | --- |
| v. | ) |
| MIAMI-DADE COUNTY | ) Case No.: 21-CV-22850-KMW |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/25/2023__ against __TONY IBANEZ__,
                                                                 *Date*
the Clerk is requested to tax the following as costs:

| | |
| --- | ---: |
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,306.75 |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................ | 161.20 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................................... | |
| TOTAL $ | 5,467.95 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _[signature]_

Name of Attorney: Leona Nicole McFarlane

For: Miami-Dade County                  Date: 10/02/2023
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                      *Deputy Clerk*                      *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-22850-KMW

**TONY IBANEZ,**

    **Plaintiff,**

v.

**MIAMI DADE COUNTY, FLORIDA,**

    **Defendant.**

_____/

**DEFENDANT'S ITEMIZATION IN SUPPORT OF BILL OF COSTS**

The following costs were reasonably necessary for the defense of this action:

**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case**

| Date | Description | Amount |
|---|---|---|
| 2-25-2022 | Tony Ibanez | $ 1,649.00 |
| 4-14-2022 | Yvette D. Lindauer | $ 1,236.95 |
| 4-8-2022 | Nicky Latimore | $ 653.30 |
| 5-19-2022 | Daniel Bolline | $ 1,300.95 |
| 5-20-2022 | Arthur Holmes, Jr | $ 466.55 |

**Fees for exemplification and the costs of making copies of any materials necessarily obtained for use in the case**

| Date | Description | Amount |
|---|---|---|
| 2-25-2022 | Tony Ibanez Deposition Transcript Exhibits | $ 31.20 |
| 3-17-2022 | Antonio Rosado, MD PA Medical Records | $ 130.00 |

A bill of costs and all invoices reflecting charges for the above-referenced costs are attached hereto as Exhibit "A."

# INVOICE

1 of 1

Florida Legal Support Court Reporting, Inc.
Send payments to:
1218 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
T: 786-347-1292  F: 754-263-5905

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 294545 | 3/11/2022 | 372910 |
| Job Date | Case No. | |
| 2/25/2022 | 21CV22850KMW | |
| Case Name | | |
| Ibanez, Tony vs. Miami-Dade County, Florida | | |
| Payment Terms | | |
| Due upon receipt | | |

Leona McFarlane, Esq. @
Miami-Dade County Attorney's Office @
111 Northwest 1st Street
Suite 2810
Miami, FL 33128

Video Deposition Of:

| | | | | | |
|---|---|---|---|---|---|
| Tony Ibanez | 230.00 | Pages | @ | 4.800 | 1,104.00 |
| Reporter Attendance: First Hour | 1.00 | Hours | @ | 105.000 | 105.00 |
| Reporter Attendance: Additional Hours | 6.00 | Hours | @ | 65.000 | 390.00 |
| Exhibits | 52.00 | Pages | @ | 0.600 | 31.20 |
| Video Teleconference with Support | 1.00 | | @ | 50.000 | 50.00 |
| Word Index | 22.00 | Pages | @ | 4.800 | 105.60 |
| E-mailed | 1.00 | | @ | 0.000 | 0.00 |

CAO PROCUREMENT DEPT.
Sent via Email

APR - 4 2022

REVIEW AND
PROVIDE INSTRUCTIONS

**TOTAL DUE  >>>**   **$1,785.80**

Original Transcript via E-mail only
MM/Smith

Florida Legal Support, LLC
Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,785.80 |

**Tax ID:** 47-2285538

*Please detach bottom portion and return with payment.*

Leona McFarlane, Esq. @
Miami-Dade County Attorney's Office @
111 Northwest 1st Street
Suite 2810
Miami, FL 33128

Job No.    : 372910         BU ID       : FLSbilling
Case No.   : 21CV22850KMW
Case Name  : Ibanez, Tony vs. Miami-Dade County, Florida

Invoice No. : 294545         Invoice Date : 3/11/2022
**Total Due**  : **$1,785.80**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Florida Legal Support Court Reporting, Inc.**
**Send payments to:**
**1218 S.E. 3rd Avenue**
**Fort Lauderdale, FL 33316**

# INVOICE

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20764 | 4/25/2022 | 12153 |
| **Job Date** | **Case No.** | |
| 4/14/2022 | 1:21-cv-22850 | |
| **Case Name** | | |
| Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lieutenant Yvette D. Lindauer | 284.00 Pages | @ | 4.250 | 1,207.00 |
| Videoconference | 1.00 | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | @ | 29.950 | 29.95 |
| **TOTAL DUE  >>>** | | | | **$1,236.95** |
| AFTER 5/25/2022  PAY | | | | $1,422.49 |

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

Job No.      : 12153          BU ID       : B
Case No.     : 1:21-cv-22850
Case Name    : Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer
Invoice No.  : 20764          Invoice Date : 4/25/2022
**Total Due** : **$1,236.95**

AFTER 5/25/2022  PAY  $1,422.49

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Everest Court Reporting**
            **12 Penns Trail**
            **Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22461 | 6/28/2022 | 12258 |
| **Job Date** | **Case No.** | |
| 4/8/2022 | 1:21-cv-22850 | |
| **Case Name** | | |
| Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer | | |
| **Payment Terms** | | |
| Due upon receipt | | |

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Nicky Latimore | 154.00 | Pages | @ | 3.950 | 608.30 |
| Exhibit | 43.00 | Pages | @ | 0.350 | 15.05 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |

**TOTAL DUE   >>>**   **$653.30**

AFTER 7/28/2022  PAY   $751.30

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

Job No.      : 12258           BU ID      : B
Case No.    : 1:21-cv-22850
Case Name  : Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer
Invoice No. : 22461           Invoice Date : 6/28/2022
**Total Due**   : **$653.30**

AFTER 7/28/2022  PAY  $751.30

| **PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                      Phone#: |
| Billing Address: |
| Zip:                Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:  **Everest Court Reporting**
              **12 Penns Trail**
              **Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22159 | 6/20/2022 | 12880 |
| Job Date | Case No. | |
| 5/19/2022 | 1:21-cv-22850 | |
| Case Name | | |
| Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer | | |
| Payment Terms | | |
| Due upon receipt | | |

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Chief Daniel Bolline, III - V.1      158.00 Pages @ 4.750    750.50
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Chief Daniel Bolline, III - V.2      107.00 Pages @ 4.750    508.25
        Exhibit      35.00 Pages @ 0.350    12.25
        Videoconference      1.00 @ 0.000    0.00
        E-Litigation Package      1.00 @ 29.950    29.95

**TOTAL DUE  >>>**      **$1,300.95**

AFTER 7/20/2022  PAY      $1,496.09

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

Job No.      : 12880            BU ID     : B
Case No.    : 1:21-cv-22850
Case Name  : Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer
Invoice No. : 22159             Invoice Date : 6/20/2022
**Total Due**  : **$1,300.95**

AFTER 7/20/2022  PAY  $1,496.09

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22163 | 6/20/2022 | 12881 |
| Job Date | Case No. | |
| 5/20/2022 | 1:21-cv-22850 | |
| Case Name | | |
| Tony Ibanez v. Miami-Dade County, Florida, and Yvette D. Lindauer | | |
| Payment Terms | | |
| Due upon receipt | | |

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---:|---|---:|---:|
| Chief Arthur Holmes, Jr | 90.00 Pages | @ | 4.750 | 427.50 |
| Exhibit | 26.00 Pages | @ | 0.350 | 9.10 |
| Videoconference | 1.00 | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | @ | 29.950 | 29.95 |

**TOTAL DUE   >>>**     **$466.55**

AFTER 7/20/2022  PAY     $536.53

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

LEONA N. MCFARLANE
Assistant County Attorney for Miami-Dade County
111 N.W. First Street, Suite 2810
Miami, FL 33128

Job No.     : 12881             BU ID       : B
Case No.    : 1:21-cv-22850
Case Name   : Tony Ibanez v. Miami-Dade County, Florida, and
              Yvette D. Lindauer
Invoice No. : 22163             Invoice Date : 6/20/2022
**Total Due** : **$466.55**

AFTER 7/20/2022  PAY  $536.53

| **PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:             Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

**Antonio Rosado, MD PA**
4302 Alton Road, Suite 470
Miami Beach, Fl. 33140

# INVOICE

# 1

| | |
|---|---|
| Date: | Mar 17, 2022 |
| **Balance Due:** | **$130.00** |

Bill To:
**Lissette Martin**
Leona N. Mc Farlane
Assistant County Attorney
Miami Dade County Attorney's office

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Complete medical records: Ibanez, Tony v. MDFR (Case No. 21-cv-22850-KMW): 260 pages** | 260 | $0.50 | $130.00 |

| | |
|---|---|
| Subtotal: | $130.00 |
| Tax (0%): | $0.00 |
| Total: | $130.00 |

Notes:
Please Make check payable to:
Antonio Rosado, MD PA
4302 Alton Road, Suite 470
Miami Beach, Fl. 33140

Terms:
Thank you!